# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0644. FREDERICK MCDADE v. THE STATE.**

Frederick McDade filed a notice of appeal from the trial court's order denying his pro se motion to correct or modify his sentence. Pretermitting whether the order is subject to direct appeal, we lack jurisdiction because the notice of appeal is untimely.

Pursuant to OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). Here, the trial court's order was entered on September 23, 2020, and McDade filed his notice of appeal on October 29, which was 36 days after entry of the order. His appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  12/16/2020*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*